UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

<u>UNITED STATES v. Anthony Bodison</u>  Criminal No. 07-952 (WHW)

PETITION FOR WRIT OF HABEAS CORPUS:

Your petitioner shows that:

1. ANTHONY BODISON is now confined in Essex County Jail, at Newark, New Jersey.

2. ANTHONY BODISON will be required at the United States Court House in Newark, New Jersey, before the Honorable William H. Walls, United States District Judge, on June 17, 2008 at 9:30 a.m. for a sentencing, in which he is a defendant and a writ of habeas corpus should issue for that purpose.

Dated: June 9, 2008  /S David E Malagold
Newark, New Jersey  DAVID E. MALAGOLD
ASSISTANT U.S. ATTORNEY

---

ORDER FOR THE WRIT:  Let the writ issue.

Dated: 6/13, 2008
Newark, New Jersey  HON. WILLIAM H. WALLS
UNITED STATES MAGISTRATE JUDGE

---

## WRIT OF HABEAS CORPUS:

THE UNITED STATES OF AMERICA TO THE SHERIFF, ESSEX COUNTY:

WE COMMAND YOU that you have the body of <u>ANTHONY BODISON</u> (by whatever name called or charged) (NJ SBI No. <u>NJ741900C</u>; FBI # <u>618514VB3</u>; DOB <u>8/22/86</u>) now confined in Essex County Jail, at Newark, New Jersey, before the Hon. William H. Walls, U.S. District Judge, in the United States Court House, Newark, New Jersey on <u>June 9, 2008 at 9:30 a.m.</u>, for a sentencing in this matter.

WITNESS the Honorable William H. Walls
United States Magistrate Judge at Newark, New Jersey

Dated: June 13, 2008  WILLIAM T. WALSH
Newark, New Jersey  Clerk of the United States District Court
 for the District of New Jersey

Per: _____
 Deputy Clerk