UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. Anthony Bodison      Criminal No. 07-952 (WHW)

PETITION FOR WRIT OF HABEAS CORPUS:

Your petitioner shows that:

1. ANTHONY BODISON is now confined in Essex County Jail, at Newark, New Jersey.

2. ANTHONY BODISON will be required at the United States Court House in Newark, New Jersey, before the Honorable William H. Walls, United States District Judge, on June 24, 2008 at 11:30 a.m. for a re-sentencing, in which he is a defendant and a writ of habeas corpus should issue for that purpose.

Dated:    June 23, 2008      /S David E Malagold
           Newark, New Jersey      DAVID E. MALAGOLD
                                      ASSISTANT U.S. ATTORNEY

**ORDER FOR THE WRIT:**      Let the writ issue,

Dated:    June 23, 2008
           Newark, New Jersey      HON. WILLIAM H. WALLS
                                      UNITED STATES MAGISTRATE JUDGE

## WRIT OF HABEAS CORPUS:

THE UNITED STATES OF AMERICA TO THE SHERIFF, ESSEX COUNTY.

WE COMMAND YOU that you have the body of ANTHONY BODISON (by whatever name called or charged) (NJ SBI No. NJ741900C; FBI # 618514VB3; DOB 8/22/86) now confined in Essex County Jail, at Newark, New Jersey, before the Hon. William H. Walls, U.S. District Judge, in the United States Court House, Newark, New Jersey on June 24, 2008 at 11:30 a.m. for a sentencing in this matter.

WITNESS the Honorable William H. Walls
United States Magistrate Judge at Newark, New Jersey

Dated:    June 23, 2008
           Newark, New Jersey      WILLIAM T. WALSH
                                      Clerk of the United States District Court
                                      for the District of New Jersey

                                      Per: _____
                                              Deputy Clerk