UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Crim. Action No. 07-952 (WHW) |
| v. | : | **ORDER** |
| ANTHONY BODISON, | : | |
| Defendant. | : | |

**Walls, Senior District Judge**

This matter having been brought before the Court by Defendant, Anthony Bodison,

It is on this 4th day of August, 2009,

**ORDERED** that the portions of the June 17, 2008 Sentencing Transcript of the Defendant be prepared at the United States's expense.

s/William H. Walls
United States Senior District Judge
