UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
:
v. :
: Crim.No. 07-952
ANTHONY BODISON :
:
: Hon. William H. Walls

### [PROPOSED] ORDER

In consideration of defendant Anthony Bodison's motion for relief pursuant to 18 U.S.C. § 3585(b), filed August 31, 2009, and the government's response thereto, it is hereby ORDERED that said motion is DENIED FOR LACK OF JURISDICTION

HON. WILLIAM H. WALLS
United States District Judge

23 Nov 2009

Submitted by: David E. Malagold
Assistant United States Attorney