# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (5-99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED Anthony Bodison | | | VOUCHER NUMBER |
|---|---|---|---|---|
| 3. MAG. DKT/DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 2:07-cr-952 | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) U.S. v. Anthony Bodison | 8. PAYMENT CATEGORY ☒ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | 9. TYPE PERSON REPRESENTED ☒ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other: | | 10. REPRESENTATION TYPE (See Instructions) CK |

11. OFFENSE(S) CHARGED: 21:841(a) +841(b)(1)(c) and 2 controlled substance - sell, distribute, dispens

| 12. ATTORNEY'S NAME AND MAILING ADDRESS Donna R. Newman Telephone Number: 212 229 1516 | 13. COURT ORDER ☒ O Appointing Counsel     ☐ C Co-Counsel ☐ F Subs For Federal Defender  ☐ R Subs For Retained Atty. ☐ P Subs For Panel Attorney   ☐ Y Standby Counsel Prior Attorney's Name: Donna R. Newman Appointment Date: 10/4/11 |
|---|---|
| 14. NAME AND MAILING ADDRESS OF LAW FIRM 111 Broadway, St. 1805 New York, NY 10006 | (signature) Date of Order 10/4/11    Nunc Pro Tunc Date Repayment or partial repayment ordered ☐ YES ☐ NO |

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| | CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| In Court | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (RATE PER HOUR = $____) TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| Out of Court | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and other work | | | | | |
| | (RATE PER HOUR = $____) TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE  FROM: _____ TO: _____

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS  ☐ Final Payment   ☐ Interim Payment Number ____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO  If yes, were you paid? ☐ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ YES ☐ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____ Date _____

## APPROVED FOR PAYMENT - COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOT. AMT. APPR./CERT. |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE/MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |