# UNITED STATES DISTRICT COURT
for the

_____ District of New Jersey _____

United States of America )
v. )
Anthony Bodison ) Case No: 07-952-001
) USM No: 2:07-mj-03061-PS
Date of Previous Judgment: June 17, 2008 )
*(Use Date of Last Amended Judgment if Applicable)* ) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  x  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
 ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ 41 months **is reduced to** 21 months _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*
Previous Offense Level: 21               Amended Offense Level: 15
Criminal History Category: II            Criminal History Category: II
Previous Guideline Range:  41 to 51 months    Amended Guideline Range: 21 to 27 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
x  The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  6/17/08  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 2/November/2011

Effective Date: November/2011
*(if different from order date)*

_____
*Judge's signature*

William H. Walls, Senior U.S. District Judge
*Printed name and title*